# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. TREON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS AND THE DIRECTOR,<br><br>　　　　Respondents. | Case No. 1:25-cv-0280 JLT HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS AS DUPLICATIVE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 14) |

  Raymond Treon is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking to challenge the calculation of his sentence by the Federal Bureau of Prisons. (Doc. 1.) The magistrate judge performed a preliminary review and found the petition is duplicative of a petition currently pending in *Treon v. Federal Bureau of Prisons,* Case No. 1:25-cv-0122-HBK. (Doc. 14 at 2-3; *see also* Doc. 12.) The magistrate judge observed, "The contents of both petitions, including the parties, cause of action, relief, signature, and date, are identical and appear to be photocopied." (*Id.* at 3.) Thus, the magistrate judge recommended this petition be dismissed as duplicative. (*Id.*)

  The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 14 days. (Doc. 14 at 3.) The Court advised him that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner

did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 17, 2025 (Doc. 14) are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DISMISSED** as duplicative.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **July 16, 2025**

UNITED STATES DISTRICT JUDGE

2